**DENY and Opinion Filed January 9, 2023**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01371-CV

## IN RE DANNY SILVERS, Relator

**Original Proceeding from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F17-14132**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Kennedy
Opinion by Justice Carlyle

Relator Danny Silvers seeks a writ of mandamus compelling the trial court to rule on his motions for a free trial transcript.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. It lacks a correct case style, such as *In re Danny Silvers*; a complete list of all parties, names of all counsel appearing in the trial or appellate courts, their firm or office name at the time of the appearance, and the mailing address, telephone number, and email address of any counsel that is presently appearing before the court; a table of contents; an alphabetical index of the authorities cited in the petition; a statement of the case containing all items required by rule 52.3(d); a list of issues presented; and a certification that relator has reviewed the petition and concluded

every factual statement in it is supported by competent evidence included in the appendix or record. *See* TEX. R. APP. P. 52.1, 52.3(a)–(d), (f), (j)–(k), 52.7; *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding).

A relator must also file a sufficient record establishing his right to a writ of mandamus. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Rule 52.3(k) requires relator to file an appendix that contains "a certified or sworn copy of any order complained of, or any other document showing the matter complained of." TEX. R. APP. P. 52.3(k)(1)(A). Relator's appendix is not sworn. To qualify as sworn copies, relator must submit an affidavit or an unsworn declaration that conforms with section 132.001 of the Texas Civil Practice and Remedies Code. *In re Holland*, No. 05-22-01361-CV, 2022 WL 18006863, at *1 (Tex. App.—Dallas Dec. 30, 2022, orig. proceeding) (mem. op.); *see* TEX. CIV. PRAC. & REM. CODE. § 132.001; *Butler*, 270 S.W.3d at 759. An inmate's unsworn declaration must state under penalty of perjury that the documents are true and correct copies of the originals. *Holland*, 2022 WL 18006863, at *1. Because relator has not submitted an adequate record, we are unable to conduct a meaningful review of his claims. *See In re Wilson*, No. 05-22-01047-CV, 2022 WL 16706977, at *1 (Tex. App.—Dallas Nov. 4, 2022, orig. proceeding) (mem. op.).

We therefore deny relator's petition.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

221371F.P05